IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| In Re: | |
|---|---|
| TOXIC EXPOSURE CASES (diesel fume exhaust and other alleged toxins) against UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:19CV364**<br>**8:19CV372**<br>**8:19CV380**<br>**8:19CV381**<br>**8:19CV382**<br>**8:19CV389**<br><br>**ORDER** |

The parties are considering proposed new progression timelines for many of the toxic exposure cases against Union Pacific Railroad. Until the new proposed progression timelines come in and the court can review them, the court is not prepared to put out a final progression order in cases with newly-filed answers.

In the interim,

IT IS ORDERED:

1. The deadline for serving initial mandatory disclosures under Rule 26(a)(1) for each of the above-captioned cases is December 12, 2019.
2. In each of the above-captioned cases, the clerk shall enter an internal case management deadline of December 30, 2019.

Dated this 31st day of October, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge