IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS RAY ORNDORFF,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:19CV364**<br><br>**ORDER** |

This matter is before the Court on the parties' stipulation for dismissal, Filing No. 10. Accordingly,

IT IS ORDERED that this case is dismissed without prejudice, with each party to bear their own costs.

Dated this 13th day of November, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge